Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue   Lubbock, TX 79424
(806) 748-1980 Phone     (806) 748-1956 Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

CORY LEE HENSON

CASE NO. 09-70430-HDH-13

| | |
|---|---|
| AKA1: | AKA2: |
| DBA1: | DBA2: |
| SS#1:  xxx-xx- 7041 | SS#2: |

## REPORT OF 341 MEETING

I. 341 MEETING REPORT:

A. Orig. Date:   9/24/2009  Orig. Time:     2:00 PM          Reset Date:                    Reset Time:

B. Meeting Results:     Adjourned

C. Debtor(s):     Debtor 1 Appeared

D. Attorney for Debtor(s):    Appeared

E. Creditor Appearance:    None

F. Amount Paid to the Trustee as of        9/25/2009     $200.00      First Payment Due Date:        9/24/2009

G. File Trustee's Motion to Dismiss because

H. B22C Information:       B22C Form is:        Complete

   Budgeted Income:      $1,510.90     Expense:         $1,310.90     Surplus:        $200.00

   Plan Payment:     $200.00  Monthly                                Plan Term(Months):     36

I. Value of Non-Exempt Property:          $0.00   Proposed Amount to Unsecured Creditors:        $0.00

   X   Objection to Exemption of:   TxPropCode - 42.002(a)(9) on 2 vehicles for 1 debtor

       Repeat Filing (If case dismissed, it should be with prejudice)  Previous Case Numbers:

          Object to Invoke Stay Pleading

       Case Converted from Chapter 7, Bar Date Set:      12/23/2009   Date Converted from Chapter 7:

J. Required Information:     Photo ID

K. Business Information:

L. Object to Confirmation:      Yes

   Feasibility cant be determined until secured IRS treated and non-exempt determined
   IRS secured claim for $12,348 needs treatment
   non-exempt can't be determined until Sch C is amended
   Exemption: TxPropCode - 42.002(a)(9) on 2 vehicles for 1 debtor

M. Financial Management Class:     Debtor 1 Appeared          Debtor 2 Appeared

N. Eligibility:

   Certificate of Credit Counseling Filed:    Both Debtor 1 and Debtor 2

   Credit Counseling Provider Approved:                          Yes

   Debt Limits Exceeded (Secured-$1,010,650; Unsecured-$336,900):          No

O. Domestic Support Obligation:        $0.00    Current:                Arrears:        $0.00

   Affidavit and Disclosure of Domestic Support Obligations Received:   Yes

P. Remarks:    MTD
         -Photo ID
         -Incomplete DSO states debt owed, but no person or servicing agent
      Questions
         -DSO does not list the holder or the servicing agent.\
      He does owe and it will be corrected.
         -All pay stubs stated commission. Mr. is only paid commission and no salary?
      Yes
         -Used TxPropCode - 42.002(a)(9) on 2 vehicles for 1 debtor
            -One debtor one vehicle.
         -IRS secured claim for 12,348 needs treatment.

Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue   Lubbock, TX 79424
(806) 748-1980 Phone     (806) 748-1956 Fax

Objections
-Feasibility cant be determined until secured IRS treated and non-exempt determined
-IRS secured claim for $12,348 needs treatment
-non-exempt can't be determined until Sch C is amended
-Exemption: TxPropCode - 42.002(a)(9) on 2 vehicles for 1 debtor

Dated:      9/24/2009                                          /s/ Walter O'Cheskey
_____

Standing Bankruptcy Trustee
By:        Brent Hagan

| Case Number: | 09-70430 |
|---|---|
| Debtor: | Henson |
| Attorney: | MJW |
| Presiding Officer: | Brent Hagan |
| Calculation Date: | 9/23/2009 13:15 |

| Domestic Support   Input name from Plan | Arrears Enter amount from Plan | Int. Rate Enter from Plan | Term Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| AG | $473.00 | 0.00% | 18 | $26.28 | $473.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Secured Creditor/Collateral Input name from Plan | Value/Claim Amount Enter amount from Plan | Int. Rate Enter from Plan | Term Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| IRS-$12,348 not provided for in plan | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Priority Creditor        Input name from Plan | Value/Claim Amount Enter amount from Plan | | Term Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |

| Attorney Fees        Paid Through the Plan | $2,699.00 | | | | $2,699.00 |
|---|---|---|---|---|---|
| Noticing Fees | $41.36 | | | | $41.36 |
| Clerk Filing Fees | $0.00 | | | | $0.00 |

| Hardacre Minimum | $0.00 | <-------------- | | | |
|---|---|---|---|---|---|
| Chapter 7 Minimum (Gross) | $0.00 | | | | |
| Less Trustee Fees | $0.00 | | | | |
| Less Attorney Fees | $2,699.00 | | | | |
| Less Noticing Fees | $41.36 | Greater Of ---------> | | | $0.00 |
| Less Clerk Filing Fees | $0.00 | | | | |
| Less Scheduled Priority Claims | $473.00 | | | | |
| Less Other (Explain Below) | $0.00 | | | | |
| Chapter 7 Minimum (Net) | $0.00 | <-------------- | | | |

| | |
|---|---|
| Total Scheduled General Unsecured Claims (Limits Greater of Hardacre or Chapter 7 Minimum) | $16,515.14 |

| | |
|---|---|
| Calculated Base (Admin, Secured, Priority, DSO, Lower of Minimum or Sched U/S & Trustee Fee) | $3,565.80 |
| Debtor Plan Base (Monthly Payment X Term) | $7,200.00 |
| Surplus (Debtor Plan Base - Calculated Base) | $3,634.20 |

**Comments:**

| Case Number: | 0 |
| --- | --- |
| Debtor: | 0 |
| Attorney: | 0 |
| Presiding Officer: | 0 |
| Calculation Date: | 9/23/2009 13:15 |

| | | |
| --- | --- | --- |
| Schedule I Gross Income | | $0.00 |
| Less Line 57 B22C | | $0.00 |
| | | |
| Adjustments (Enter as positive to add, negative to subtract) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Adjustment out | | $0.00 |
| | | |
| Month Disposable Income Available | | $0.00 |
| Multiplier | | 60 |
| Minimum to Unsecureds | | $0.00 |

**Comments:**

Version 1.02 Last Revised: 11/26/2007